# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Quent & Kacie Myers, | Civil Action No: 2:23-cv-03857-DCN |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL** |
| Lennar Carolinas, LLC | |
| Defendant. | |
| Lennar Carolinas, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| Advanced Flooring and Design Division of ISI, LLC f/k/a Advanced Flooring and Design, LLC, and OMM, LLC d/b/a Servpro of Greater Northern Charleston | |
| Third-Party Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Quent and Kacie Myers, ("Plaintiffs"), Defendant Lennar Carolians, LLC ("Lennar), and Third-Party Defendants Advanced Flooring and Design Division of ISI, LLC f/k/a Advanced Flooring and Design, LLC ("Advanced Flooring") and OMM, LLC d/b/a Servpro of Greater Northern Charleston ("Servpro") hereby dismiss with prejudice all claims and crossclaims, however denominated, in this action. Each party shall bear its own costs.

[*signature page follows*]

| | |
|---|---|
| HAYES LAW FIRM, LLC | PARKER POE ADAMS & BERNSTEIN LLP |
| /s/Stephanie P. Brown<br>John C. Hayes, IV<br>Fed. ID No. 7995<br>jhayes@hayeslaw.org<br>Stephanie P. Brown<br>Fed. ID No. 12343<br>sbrown@hayeslaw.org<br>180 East Bay Street Suite 202<br>Charleston, SC 29401<br>(843) 805-7003<br><br>***Attorneys for Plaintiffs Quent & Kacie Myers*** | /s/ Taylor H. Stair<br>Taylor H. Stair<br>Fed. ID No. 10499<br>850 Morrison Drive, Suite 400<br>Charleston, SC 29403<br>(843) 727-2650<br>taylorstair@parkerpoe.com<br><br>***Attorney for Lennar Carolinas, LLC*** |
| COSTA HONEYCUTT, LLC | CHANDLER & DUDGEON, LLC |
| /s/ Jenny Costa Honeycutt<br>Jenny Costa Honeycutt<br>Fed. ID No. 9592<br>102 Wappoo Creek Drive, Suite 8<br>Charleston, SC 29412<br>(854) 800-6375<br>jenny@costahoneycutt.com<br><br>***Attorney for OMM, LLC d/b/a Servpro of Greater Northern Charleston*** | /s/ Amanda K. Dudgeon<br>Amanda K. Dudgeon, Fed. ID #9861<br>Email: mandi@chandlerdudgeon.com<br>J. Matthew Johnson, Fed ID #11391<br>Email: matt@chandlerdudgeon.com<br>P.O. Box 547<br>Charleston, SC 29402<br>Phone: (843) 577-5410<br>Fax: (843) 577-5650<br><br>***Attorneys for Defendant Advance Flooring and Design Division of ISI, LLC*** |

April 8, 2024
Charleston, South Carolina